UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CARL BOLES and BRIAN CLAPP**, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**ARCIS GOLF LLC**,<br><br>　　　　　　　　　Defendant. | Civil Action No. 3:24-cv-01823-N |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs Carl Boles and Brian Clapp, individually and behalf of others similarly situated ("Plaintiffs") hereby moves this Court for final approval of the class action settlement preliminarily approved by this Court on March 3, 2025. Doc. 36. Plaintiffs respectfully request that this Court:

　　1.　　Grant final certification of the Settlement Class for settlement purposes, appoint Plaintiffs Carl Boles and Brian Clapp as Class Representatives, and appoint John J. Nelson of Milberg Coleman Bryson Phillips Grossman, PLLC and Raina C. Borrelli of Strauss Borrelli PLLC as Class Counsel;

　　2.　　Approve the requested attorney's fees of $313,500, reasonable litigation costs of $11,388.50 and Plaintiffs' requested service awards in the amount of $5,000 per Plaintiff;

　　3.　　Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

　　4.　　Find that the terms of the Settlement Agreement fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

5.    Direct the Parties, their respective attorneys, and the Claims Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement, and;

6.    Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based on the accompanying Supporting Memorandum; the Declaration of Alex Thomas; the Joint Declaration in Support of Preliminary Approval (Doc. 31); the Declaration of John Nelson in Support of Plaintiffs' Motion to Approve Attorneys' Fees, Costs, and Service Award (Doc. 39-1); the Settlement Agreement (Doc. 30-1); Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Supporting Memorandum, Supporting Declarations and attachments (Docs. 30-32); and Plaintiffs' Motion to Approve Attorney's Fees, Costs, and Service Award and accompanying documents at (Docs. 28-29); and all other pleadings and papers on file in this action and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for November 12, 2025. Defendant does not oppose the relief sought in this motion.

Defendant does not oppose the relief sought in this motion.

WHEREFORE, for the reasons above, Plaintiffs request that the Court grant their Motion to for Final Approval of Class Action Settlement.

Dated: October 29, 2025        Respectfully submitted,

By: */s/ Raina C. Borrelli*
     Raina C. Borrelli (*pro hac vice*)
     STRAUSS BORRELLI PLLC
     One Magnificent Mile
     980 N Michigan Avenue, Suite 1610
     Chicago IL, 60611

Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

John J. Nelson (admitted *pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Joe Kendall
Texas Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: 214/744-3000
Facsimile: 214/744-3015
jkendall@kendalllawgroup.com

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

     I, Raina C. Borrelli, hereby certify that on October 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 29th day of October, 2025.

Dated: October 29, 2025          By:  */s/ Raina C. Borrelli*
                                               Raina C. Borrelli
                                               STRAUSS BORRELLI PLLC
                                               One Magnificent Mile
                                               980 N Michigan Avenue, Suite 1610
                                               Chicago IL, 60611
                                               Telephone: (872) 263-1100
                                               Facsimile: (872) 263-1109
                                               raina@straussborrelli.com