IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARL BOLES and BRIAN CLAPP, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:24-CV-1823-N |
| v. | § § | |
| ARCIS GOLF LLC, | § § | |
| Defendant. | § | |

## FINAL JUDGMENT

By a separate Order of this same date, the Court granted Carl Boles and Brian Clapp's ("Plaintiffs") motion for final approval of their class action settlement agreement [41]. Pursuant to the settlement agreement, the Court grants Arcis Golf LLC's ("Defendant") motion to dismiss the asserted claims with prejudice [16] and denies its motion to compel arbitration [14]. As provided by the Order, the Court grants Plaintiffs' motion for attorneys' fees in part [38]. It is, therefore, ordered that Plaintiffs have judgment against Defendant for $950,000.00, constituting the settlement agreement's non-reversionary Settlement Fund. Court costs are taxed against the Defendant. All relief not expressly granted is denied. This is a final judgment.

Signed November 19, 2025.

David C. Godbey
Senior United States District Judge

FINAL JUDGMENT – PAGE 1